# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**DAVID EUGENE OPPIE**                                           **PLAINTIFF**

**v.**                     No: 4:17-cv-620-JM-PSH

**TIM RYALS; CAPT.**                                             **DEFENDANTS**
**CHRISTOPHER RIEDMUELLER;**
**and GARY ANDREWS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Oppie did not exhaust available administrative remedies before initiating this lawsuit. Accordingly, the Defendants are entitled to summary judgment and Oppie's claim(s) against the Defendants are dismissed without prejudice

DATED this 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE