IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID EUGENE OPPIE                                                    PLAINTIFF

v.                            No: 4:17-cv-620-JM-PSH

TIM RYALS; CAPT.                                       DEFENDANTS
CHRISTOPHER RIEDMUELLER;
and GARY ANDREWS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 29th day of October, 2018.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE